William E. Kennedy State Bar No. 158214
CONSUMER LAW OFFICE OF WILLIAM E. KENNEDY
2797 Park Avenue, Suite 201
Santa Clara, California 95050
Telephone: (408) 241-1000
Facsimile: (408) 241-1500
Email: wkennedy@kennedyconsumerlaw.com

Attorneys for Plaintiff LUCIA RUIZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LUCIA RUIZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLY FINANCIAL INC.<br><br>    Defendants. | Case No. 5:17-cv-00613-LHK<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Lucia Ruiz and Defendant Ally Financial Inc. hereby stipulate to the voluntary dismissal of Plaintiff's claims with prejudice in the above-captioned actions.

DATED:  September 11, 2017          CONSUMER LAW OFFICE OF WILLIAM E.
                                                              KENNEDY


                                             By      /s/  William E. Kennedy
                                                    Attorney for Plaintiff ROBERTO CONTRERAS


DATED:  September 11, 2017          SEVERSON & WERSON

1
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

1   By   /s/ Andrew S. Elliot
         Attorney for Defendant ALLY FINANCIAL, INC.

     I, William E. Kennedy, am the ECF user whose identification and password are being used to file this document. I hereby attest that Andrew S. Elliot has concurred in this filing.

     /s/ *William E. Kennedy*

2
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE